JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED MECHANICAL AIR SYSTEMS, INC.; DENNIS JUNG; and GLEN CLARK RIVAS, individuals,<br><br>Defendants. | Case No. CV12-6872 MWF (PFWx)<br><br>ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of

Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off and Deferred Savings Fund ("Dues and Savings Fund"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendants, DENNIS JUNG and GLEN CLARK RIVAS (collectively "Individual Defendants") and ALLIED MECHANICAL AIR SYSTEMS, INC. ("Company") (collectively "Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and the Individual Defendants, Dennis Jung and Glen Clark Rivas, are indebted to the Plans in the total amount of $40,765.06 broken down as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $25,588.51 for the delinquent work months of April 2012 ($12,605.71) and May 2012 ($12,982.00); liquidated damages for late payment of contributions in the amount of $5,117.70; interest in the amount of $2,558.85 and attorney's fees in the amount of $7,500.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $40,765.06 for delinquent employee benefit plan contributions and accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through November 30,

2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: August 31, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge