1

2                                                    JS - 6

3

4

5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7

8   | BOARD OF TRUSTEES OF THE | Case No. CV12-6872 MWF (PFWx) |
    SHEET METAL WORKERS' PENSION

9   PLAN OF SOUTHERN CALIFORNIA,          ORDER ON STIPULATION FOR
    ARIZONA AND NEVADA; BOARD OF          JUDGMENT

10  TRUSTEES OF THE  SHEET METAL
    WORKERS' HEALTH PLAN OF

11  SOUTHERN CALIFORNIA, ARIZONA
    AND NEVADA; BOARD OF

12  TRUSTEES OF THE SOUTHERN
    CALIFORNIA SHEET METAL JOINT

13  APPRENTICESHIP AND TRAINING
    COMMITTEE; BOARD OF TRUSTEES

14  OF THE SHEET METAL WORKERS'
    LOCAL 105 RETIREE HEALTH PLAN;

15  BOARD OF TRUSTEES OF THE
    SOUTHERN CALIFORNIA SHEET

16  METAL WORKERS' 401(A) PLAN;
    SHEET METAL WORKERS'

17  INTERNATIONAL ASSOCIATION,
    LOCAL UNION NO. 105 UNION DUES

18  CHECK-OFF AND DEFERRED
    SAVINGS FUND; AND BOARD OF

19  TRUSTEES OF THE SHEET METAL
    INDUSTRY FUND OF LOS ANGELES,

20        Plaintiffs,

21             v.

22

23  ALLIED MECHANICAL AIR SYSTEMS,
    INC.; DENNIS JUNG; and GLEN

24  CLARK RIVAS, individuals,

25        Defendants.

26

27        Pursuant to the Stipulation by and between Plaintiffs, Sheet Metal Workers'

28  Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of

1  Trustees of the  Sheet Metal Workers' Health Plan of Southern California, Arizona

2  and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet

3  Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of

4  the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of

5  Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a)

6  Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union

7  Dues Check-off and Deferred Savings Fund ("Dues and Savings Fund"); and Board

8  of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund")

9  (collectively the "Plans" or "Trust Funds"), and defendants, DENNIS JUNG and

10 GLEN CLARK RIVAS (collectively "Individual Defendants") and ALLIED

11 MECHANICAL AIR SYSTEMS, INC. ("Company") (collectively "Defendants"), the

12 Court has considered the matter fully and concluded that good cause exists to

13 approve the parties' Stipulation in its entirety.

14      Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as

15 follows:

16      1.     That the Company and the Individual Defendants, Dennis Jung and

17 Glen Clark Rivas, are indebted to the Plans in the total amount of $40,765.06 broken

18 down as follows: contributions (including the "Savings Deferral" which are wages

19 deducted from employee paychecks) in the amount of $25,588.51 for the delinquent

20 work months of April 2012 ($12,605.71) and May 2012 ($12,982.00); liquidated

21 damages for late payment of contributions in the amount of $5,117.70; interest in the

22 amount of $2,558.85 and attorney's fees in the amount of $7,500.

23      2.     Judgment is entered in favor of the Plans and against the Company and

24 Individual Defendants, jointly and severally, in the amount of $40,765.06 for

25 delinquent employee benefit plan contributions and accrued liquidated damages,

26 interest, attorney fees and costs, together with post-judgment interest thereon at the

27 rate of 12% per annum as of the date of the Judgment.

28      3.     This Court retains jurisdiction over this matter through November 30,

1   2013 to enforce the terms of any judgment entered hereunder, to order appropriate

2   injunctive and equitable relief, to make appropriate orders of contempt, and to

3   increase the amount of judgment based upon additional sums owed to the Plans by

4   Defendants.

5

6   **IT IS SO ORDERED**.

7

8   Dated: August 31, 2012

9   _____
    MICHAEL W. FITZGERALD
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28